EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 0 2003

at ___ o'clock and 35 min. ___ P .M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00553-02 HG |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 846, 841(a), |
| MARTIN VERECE, (02) | ) | 843(b); 18 U.S.C. § 2] |
| | ) | |
| Defendant. | ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but at least by on or about September 1, 2002, to and including November 20, 2002, in the District of Hawaii and elsewhere, Whitey Chen, a.k.a. "Johnny Ray," Fabian Verece, not named as defendants herein, and defendant MARTIN VERECE, conspired together and with others known

and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

### WAYS AND MEANS OF CONSPIRACY

1. Whitey Chen, a.k.a. "Johnny Ray," obtains pound quantities of methamphetamine and sends them to Hawaii via courier or post.

2. Fabian Verece orders methamphetamine from Whitey Chen, a.k.a. "Johnny Ray," and coordinates the payment for, and delivery of, methamphetamine.

3. MARTIN VERECE provides safe addresses at which Fabian Verece can receive methamphetamine from Whitey Chen.

4. MARTIN VERECE assists Fabian Verece in the collection of money for drugs.

### OVERT ACTS

1. On or about October 20, 2002, MARTIN VERECE provided an address to Fabian Verece.

2. On or about November 11, 2002, MARTIN VERECE reported that he had collected money for Fabian Verece.

3. On or about November 16, 2002, MARTIN VERECE permitted Fabian Verece to send a parcel to "94-722 Kumau Place, Waipahu, Hawaii 96797."

4. Shortly before, but on or about November 19, 2002, Whitey Chen, a.k.a. "Johnny Ray," arranged to send approximately two pounds of methamphetamine to Fabian Verece via Federal Express.

5. On November 19, 2002, Whitey Chen, a.k.a. "Johnny Ray," telephoned Fabian Verece with information regarding the approximate two pounds of methamphetamine contained within the Federal Express parcel.

6. On November 19, 2002, MARTIN VERECE stated to Fabian Verece that he would leave a door unlocked.

7. On November 20, 2002, Fabian Verece accepted the Federal Express parcel which had previously contained approximately two pounds of methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 2

The Grand Jury further charges:

Beginning from a date unknown, but by November 20, 2002, in the District of Hawaii, MARTIN VERECE knowingly and intentionally aided and abetted Fabian Verece, not charged as a defendant herein, in the attempted possession with the intent to distribute 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A), and Title 18, United States Code Section 2.

## COUNT 3

The Grand Jury further charges:

On or about November 19, 2002, in the District of Hawaii, MARTIN VERECE used and caused to be used a communication facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, Schedule II a controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 4

The Grand Jury further charges:

On or about November 20, 2002, in the District of Hawaii, MARTIN VERECE used and caused to be used a communication facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its

salts, isomers, and salts of its isomers, Schedule II a controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

DATED: _Aug 20_____, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

5