ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR   5482
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:  (808) 550-4991

Attorney for Defendant
Martin Verece

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. 02-00553 HG |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF MOTION;** |
| | ) | **MOTION FOR EARLY** |
| vs. | ) | **TERMINATION OF** |
| | ) | **PROBATION; EXHIBIT "A";** |
| MARTIN VERECE, | ) | **DECLARATION OF** |
| | ) | **COUNSEL; CERTIFICATE OF** |
| Defendant. | ) | **SERVICE** |
| | ) | |
| | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: Helen Gillmor |

## NOTICE OF MOTION

TO:    Loretta A. Sheehan
Assistant United States Attorney
PJKK, Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850
    Attorney for Plaintiff
    United States of America

United States Probation Office
300 Ala Moana Boulevard, C-100
Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ or as soon as counsel may be heard.

DATED: Honolulu, Hawaii, October 22, 2007.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Martin Verece

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>                  Plaintiff,                  )<br>                                                           )<br>         vs.                                            )<br>                                                           )<br>MARTIN VERECE,                        )<br>                                                           )<br>                  Defendant.             )<br>                                                           )<br>_____)  | CR NO. 02-00553 HG<br><br>**MOTION FOR EARLY<br>TERMINATION OF<br>PROBATION** |

## MOTION FOR EARLY TERMINATION OF PROBATION

Comes Now, Defendant Martin Verece (hereinafter "Defendant Verece"), through counsel, Birney B. Bervar, and moves this court for early termination of his probation. In support of this motion Defendant Verece states as follows:

1.  18 U.S.C. § 3564 allows the court, after considering the factors set forth in § 3553(a), to terminate a term of probation previously imposed in a felony case after the expiration of one year, if the court is satisfied that such action is warranted by the conduct of the defendant and the interests of justice.

2.  Defendant Verece was placed on probation by this court on March 25, 2004 for a period of five years.  (See attached Exhibit "A", Judgment in a Criminal

Case.) Defendant Verece has thus been on probation for over three and a half years.

3. Defendant Verece has complied with and completed all the terms and conditions of his probation, including paying a $2,000.00 fine and completing 300 hours of community service work.

4. Defendant Verece is now sixty-four (64) years old. He is currently on worker's compensation disability due to a job related injury. Due to Defendant Verece's age and circumstances, he is unlikely to re-offend.

5. The interests of justice suggest that early termination of probation is appropriate.

DATED: Honolulu, Hawaii, October 22, 2007.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Martin Verece