IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 02-00553 HG |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN VERECE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I BIRNEY B. BERVAR, hereby declare under penalty of perjury as follows:

1. I am the attorney for Defendant Martin Verece in this matter. I also represented Defendant Verece at trial and sentencing in this case.

2. The facts and statements in the attached motion are true and correct to the best of my knowledge and belief.

Executed this 22nd day of October 2007.

_____
BIRNEY B. BERVAR