IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 02-00553 HG |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN VERECE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by facsimile, hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawaii, as indicated and addressed as set forth below:

    Loretta A. Sheehan
    Assistant United States Attorney
    PJKK, Federal Building
    300 Ala Moana Boulevard, Suite 6100
    Honolulu, Hawaii  96850
        Attorney for Plaintiff
        United States of America

United States Probation Office
300 Ala Moana Boulevard, C-110
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, October 22, 2007.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Martin Verece

2