ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 02 2007
at 4 o'clock and 50 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>   vs.                        )<br>                              )<br> MARTIN VERECE,               )<br>                              )<br>           Defendant.         )<br>_____) | CR. NO. 02-00553 HG<br><br>RESPONSE TO DEFENDANT'S<br>MOTION FOR EARLY TERMINATION<br>OF PROBATION; CERTIFICATE<br>OF SERVICE |

### RESPONSE TO DEFENDANT'S MOTION
### FOR EARLY TERMINATION OF PROBATION

The United States has no objections to Defendant's Motion for Early Termination of Probation.

DATED:  November 2, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Loretta Sheehan
    LORETTA SHEEHAN
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail**:

    Birney B. Bervar, Esq.    November 2, 2007
    1400 Pauahi Tower
    1001 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendant
    MARTIN VERECE

**Served by Hand-Delivery**:

    U.S. Probation Office    November 2, 2007
    300 Ala Moana Blvd., Room 2-215
    Honolulu, Hawaii 96850

    DATED:  November 2, 2007, at Honolulu, Hawaii.

_[signature]_