Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                Criminal No. 02-00553HG-02

MARTIN VERECE

On 3/25/2004, the above named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 43 months of supervision.

Respectfully submitted,

SYDNEY L. FLEMING
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 13th day of November, 2007.

HELEN GILLMOR
Chief U.S. District Judge